UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** June 7, 2017 (Time: 8 minutes)   **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-15-00290-PJH
**Case Name:**   UNITED STATES   v. KEITH RAMON MAYFIELD (PRESENT)
                                KENNETH WAYNE FLEMING (PRESENT)
                                LATICIA ANN MORRIS (appearance waived)
                                FRANCISO MANUEL CARRASCO (PRESENT)

**Attorney for Plaintiff:**   Garth Hire
**Attorney for Defendant:**   Robert Waggener (Mayfield)
                              Robert Waggener for James Thomsen (Fleming)
                              Jeff Bornstein (Morris)
                              Adam Gasner (Carrasco)

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Diane Skillman

**PROCEEDINGS**

Status Conference-Held. Government counsel informs the Court that the case has resolved as to Laticia Ann Morris.  The defendant has been referred to pre-plea pretrial diversion for a term of 18 months.  The government does not believe defendant needs the services of CAP.  Defense counsel's request that defendant's appearance be waived at the 12/5/18 hearing is denied.

Government counsel informs the Court that a tentative plea agreement has been reached with defendant Kenneth Wayne Fleming.  The parties anticipate the plea agreement will be approved within 2-3 weeks.

Government counsel informs the Court that counsel for Keith Ramon Mayfield is working through voluminous amounts of evidence.  The government has produced a phone download today that had not been previously produced.  Government counsel believes the parties will reach a resolution prior to the next hearing.

Government counsel informs the Court, as to Francisco Manuel Carrasco, that the parties are working towards a resolution. Counsel for Francisco Manuel Carrasco plans to file a motion to sever if parties are unable to resolve the case.

The parties request for continuance to continue to work toward resolutions is granted.  Time is excluded from 6/7/17 to 6/28/17 for effective preparation of counsel. The government shall prepare order regarding exclusion of time.

**CASE CONTINUED TO:**
**June 28, 2017 at 2:30 p.m. for Trial Setting/Change of Plea.**
**December 5, 2018 at 2:30 p.m. for Status Conference (Morris)**

cc:  chambers